IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL SMIRCIC, | § | |
| | § | |
| vs. | § | Civil Action No. 3:19-cv-00108 |
| | § | |
| AMERIHOME MORTGAGE COMPANY, LLC. | § § § | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to FED. R. CIV. P. 7.1, Defendant AmeriHome Mortgage Company, LLC ("AmeriHome") files its corporate disclosure statement and certificate of interested persons, and would respectfully show as follows:

**I.
CORPORATE DISCLOSURE STATEMENT**

Defendant AmeriHome is a Delaware limited liability company that is owned 100% by Aris Mortgage Holding Company, LLC – which is itself a Delaware limited liability company. No publicly traded company owns of 10% or more of AmeriHome's stock.

**II.
CERTIFICATE OF INTERESTED PERSONS**

The followings persons and entities may be financially interested in the outcome of this litigation:

1. Plaintiff, Michael Smircic.

2. Plaintiff's counsel, Erick DeLaRue, LAW OFFICE OF ERICK DELARUE, PLLC.

3. Defendant, AmeriHome Mortgage Company, LLC.

Respectfully submitted,

By:    */s/ Joshua A. Huber*
      Joshua A. Huber
      Attorney-in-Charge
      State Bar No. 24065457
      SD Tex. Bar No. 1001404
      BLANK ROME LLP
      717 Texas Avenue, Suite 1400
      Houston, Texas 77002
      (713) 228-6601
      (713) 228-6605 (fax)
      jhuber@blankrome.com

**ATTORNEY FOR DEFENDANT AMERIHOME MORTGAGE COMPANY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, a true and correct copy of the foregoing and/or attached instrument was served on all counsel of record pursuant to the Federal Rules of Civil Procedure through the Southern District of Texas CM/ECF E-File System and as indicated below:

Erick DeLaRue
Law Office of Erick DeLaRue, PLLC
2800 Post Oak Blvd., Suite 4100
Houston, Texas 77056
E-mail: erick.delarue@delaruelaw.com

      */s/ Joshua A. Huber*
      Joshua A. Huber